JAMES MYERS V. THE STATE.

No. 19557. Delivered March 3, 1938.

The opinion states the case.

*D. L. Harry,* of Jacksonville, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for selling intoxicating liquor in dry territory, punishment assessed at a fine of $100.00.

We discover no vice in the complaint and information. We further are of the opinion that the court correctly declined to dismiss the prosecution.

The facts support the verdict of the jury and the judgment entered thereon.

The judgment is affirmed.